UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL PETROLEUM-PRODUCT CARGO<br>ONBOARD THE M/T ARINA WITH<br>INTERNATIONAL MARITIME<br>ORGANIZATION NUMBER 9189952,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. A. No.<br>)<br>)  **UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>) |

## WARRANT FOR ARREST *IN REM*

TO:    THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED UNITED STATES OFFICER OR EMPLOYEE:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 9th day of December, 2021, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(G)(i);

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing within the jurisdiction of the Court, said defendant property, more fully described as:

**ALL PETROLEUM-PRODUCT CARGO ONBOARD THE M/T ARINA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9189952**

YOU ARE FURTHER COMMANDED, to provide notice of this action to all persons thought to have an interest in or claim against the defendant property by serving upon such persons a copy of this warrant and the Verified Complaint *In Rem,* in a manner consistent with the principles of service of process of an action *in* rem under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated:   12/13/2021



Angela D. Caesar
_____
Clerk of the Court

By:     /s/ Nicole M. Wilkens
_____
Deputy Clerk