UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL PETROLEUM-PRODUCT CARGO ONBOARD THE M/T ARINA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9189952,<br><br>    Defendant *in rem*. | Civil Action No. 21-3234 (RDM)<br><br>**FILED *EX PARTE* AND UNDER SEAL** |

## **UNITED STATES' MOTION TO UNSEAL**

The United States of America, by and through its undersigned counsel, respectfully moves to unseal in this and all previously-filed documents.

The Court permitted the matters in this case to be filed under seal to protect the safety and security of vessel and crew transporting the Defendant Property and the United States' efforts to seize the Defendant Property. The United States has conducted an interlocutory sale of the Defendant Property pursuant to the Court's Order of December 13, 2021, and, as a result of that sale, the Defendant Property is no longer in the possession, custody, or control of the United States. As such, while the United States will continue to take steps to protect the security of its operations and those involved in them, the need to maintain a seal over the Government's prior filings has dissipated, and the United States believes it is appropriate for the Court to now unseal those filings. The United States intends to file a further status report with the Court detailing the amounts received as a result of the interlocutory sale—which constitutes the substitute res and new Defendant Property subject to forfeiture in this action—when all such amounts have be transmitted to the United States, all costs of the seizure and interlocutory sale have been paid, and the net

- 2 -

amounts deposited into an interest-bearing account maintained by the Government as provided for in the Court's interlocutory sale order.

| | |
|---|---|
| Dated: February 22, 2022<br>Washington, D.C. | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>By:      /s/ *Derek S. Hammond*<br>KAREN P. W. SEIFERT, N.Y. Bar No. 4742342<br>DEREK HAMMOND, D.C. Bar No. 1017784<br>Assistant United States Attorneys<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252-7566 (main line)<br>Derek.hammond@usdoj.gov<br><br>*Attorneys for the United States of America* |