**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>     Plaintiff,<br><br> v.<br><br>**ALL PETROLEUM-PRODUCT CARGO ONBOARD THE M/T ARINA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9189952**<br><br>    **Defendant *In Rem*, and**<br><br>**ASPAN PETROKIMYA CO.,**<br><br>     **Claimant** | No. 21-cv-3234 (RDM) |

**ASPAN PETROKIMYA CO.'S VERIFIED CLAIM FOR ALL PETROLEUM-PRODUCT CARGO ONBOARD THE M/T ARINA**

  Aspan Petrokimya Co. ("Aspan"),[1] by and through counsel, submits this verified claim, pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and asserts its interest in all petroleum-product cargo onboard the M/T Arina with International Maritime Organization Number 9189952 ("M/T Arina"). To the extent the government has sold the defendant property, Aspan seeks the proceeds of that sale plus interest and damages.

1. Aspan is a commodities trading company founded and incorporated in the Republic of Turkey in 2020.

2. As discussed below, Aspan holds title to and an interest in the defendant property.

---

[1] Aspan's full name, in Turkish, is "Aspan Petrokımya Dıs Tıcaret Anonım Sırketı."

3. In 2020, Aspan reached an arms-length agreement with Overseas Oil & Gas LLC ("Overseas") for the purchase of crude oil. Overseas is an entity founded and incorporated in Oman in 2010.

4. On November 8, 2020, Overseas issued a Commercial Invoice to Aspan for the sale of 733,876 barrels of crude oil for USD 30,822,792. That invoice set delivery for the port of Sohar in Oman and includes the apostille of Oman's Ministry of Foreign Affairs and the attestation of the Oman Chamber of Commerce and Industry.

5. Aspan's understanding is that, pursuant to Aspan's agreement with Overseas, on November 14, 2020, 733,876 barrels of crude oil were loaded onto the M/T Arina at the port of Sohar in Oman. A bill of lading, dated November 14, 2020, was signed by the Master of the M/T Arina. It names Aspan as the consignee of the 733,876 barrels of crude oil that were loaded at the port of Sohar in Oman. A Certificate of Origin from the Oman Chamber of Commerce & Industry, dated November 15, 2020, names Overseas as the exporter and Aspan as the importer of 733,876 barrels of crude oil. It includes the apostille of Oman's Ministry of Foreign Affairs.

6. Aspan's understanding is that on August 26, 2021, the M/T Arina, still carrying Aspan's crude oil, engaged in a ship-to-ship (STS) transfer of crude oil with another vessel, the M/T Nostos with International Maritime Organization Number 9258014 ("M/T Nostos"). Approximately, 219,476 barrels of the M/T Arina's crude oil were transferred to the M/T Nostos in the Mediterranean Sea. Aspan retained title to both the crude oil onboard the M/T Arina and the crude oil onboard the M/T Nostos.

7. On October 16, 2021, Aspan entered into a Sale and Purchase Agreement (SPA) with Emirates Petroleum and Logistics Ltd ("Emirates"), for the sale of Aspan's crude oil

onboard both the M/T Arina and the M/T Nostos. Delivery of the crude oil was to be via STS transfer. Founded in 2018, Emirates is a Turkish company involved in petroleum wholesale.

8. The cargoes onboard the M/T Arina and the M/T Nostos were not transferred to Emirates and Emirates did not remit payment to Aspan, however, because the managers of those ships were allegedly contacted by the U.S. Department of Justice in late October 2021, informing them that warrants had been issued for the seizure of their cargoes and directing them to navigate the ships to the United States.

9. On October 30, 2021, Aspan (and three other claimants) filed an urgent *ex parte* application for an injunction in the High Court of Justice of England & Wales against the managers of the M/T Arina and the registered owners of the M/T Nostos, seeking to enjoin them from navigating the M/T Arina and the M/T Nostos to the United States. In its application, Aspan asserted its claim to the crude oil onboard both the M/T Arina and the M/T Nostos.

10. On October 30, 2021, the High Court of Justice granted the claimants' application and issued an Order for an Injunction that, *inter alia*, ordered the managers of the M/T Arina to direct the Master and/or crew of the M/T Arina to remain within the port limits of Limassol, Cyprus, and ordered the registered owners of the M/T Nostos to return the M/T Nostos to the closest safe European port.

11. On November 12, 2021, the High Court of Justice discharged the October 30, 2021 injunction. Aspan understood that the High Court of Justice discharged the injunction with the understanding that Aspan would be given the opportunity to contest the forfeiture of its crude oil in U.S. courts. Aspan's counsel at Stephenson Harwood

Middle East LLP subsequently informed the government, in a letter sent to AUSA Karen Seifert on November 15, 2021, that Aspan holds legal title to the crude oil onboard the M/T Arina and the M/T Nostos and that it intends to contest forfeiture of that crude oil.

12. Aspan's understanding is that the M/T Arina and the M/T Nostos travelled to the United States, that Aspan's crude oil onboard the M/T Arina and the M/T Nostos were then seized by the U.S. government, and that the U.S. government sold the crude oil without providing any notice of the sale to Aspan.

Dated: April 6, 2022

Respectfully submitted,

*/s/ Timothy P. O'Toole*
Timothy P. O'Toole (D.C. Bar No. 469800)
Michael J. Satin (D.C. Bar No. 480323)
MILLER & CHEVALIER CHARTERED
900 16th Street, N.W.
Washington, D.C. 20006
Telephone: (202) 626-5552
Fax: (202) 626-5801
totoole@milchev.com
msatin@milchev.com

*Counsel for Claimant, Aspan Petrokimya Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ALL PETROLEUM-PRODUCT CARGO ONBOARD THE M/T ARINA WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9189952<br><br>        Defendant *In Rem*, and<br><br>ASPAN PETROKIMYA CO.,<br><br>        Claimant | No. 21-cv-3234 (RDM) |

**VERIFICATION**

I, Mahdieh Sanchouli, on behalf of Aspan Petrokimya Co. ("Aspan"), verify under penalty of perjury under the laws of the United States of America that I have authority to act on behalf of Aspan, and that the foregoing Verified Claim in this matter is true and correct.

Executed this 6th day of April, 2022, in Dubai, UAE.

                                                                               _____
                                                                               Mahdieh Sanchouli

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2022, I caused a true copy of **ASPAN PETROKIMYA CO.'S VERIFIED CLAIM FOR ALL PETROLEUM-PRODUCT CARGO ONBOARD THE M/T ARINA** filed through the ECF system to be served via electronic mail, upon the following:

AUSA Karen P. W. Seifert
AUSA Derek S. Hammond
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-2511
Fax: (202) 252-2599
karen.seifert@usdoj.gov
derek.hammond@usdoj.gov

*/s/ Timothy P. O'Toole*
Timothy P. O'Toole (D.C. Bar No. 469800)